UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS and DEANNA FIELD,

        Plaintiffs,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

CASE NO. C13-5267 BHS

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' DISCOVERY MOTION

This matter comes before the Court on Plaintiffs Thomas and Deanna Field's ("Fields") motion for relief from discovery deadline and for additional discovery (Dkt. 23). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants in part and denies in part the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On October 10, 2012, the Court issued a scheduling order setting the discovery completion deadline as June 9, 2014. Dkt. 10. On August 7, 2014, the Fields filed the

ORDER - 1

instant motion requesting relief from that deadline and additional discovery. Dkt. 23. On August 13, 2014, Defendant State Farm Mutual Automobile Insurance Company ("State Farm") responded. Dkt. 26. On August 15, 2014, the Fields replied. Dkt. 28.

## II. DISCUSSION

In this case, State Farm argues that the Fields' requested discovery will interfere with upcoming deadlines, the Fields have not been diligent in pursuing this discovery, and the requested claim files are irrelevant. Dkt. 26. The Court agrees with State Farm only on the issue of relevance because the Fields have failed to show the relevance of other claim files on the actual claims asserted in this case. Therefore, the Court denies the Fields' motion as to other claim files.

With regard to State Farm's claims manual, the Court finds no risk of interference with deadlines or a lack of diligence. State Farm should be able to produce the manual immediately. Moreover, the Fields have filed the current motion shortly after the deposition in which they discovered its existence. While the Court appreciates State Farm's argument that in the exercise of reasonable diligence the claims manual should have been requested in discovery sooner, the Court can find no material prejudice to State Farm by producing the manual. Therefore, the Court grants the Fields' motion as to the claims manual.

## III. ORDER

Therefore, it is hereby **ORDERED** that the Fields' motion for relief from discovery deadline and for additional discovery (Dkt. 23) is **GRANTED in part** and

1 | **DENIED in part** as set forth herein.  State Farm shall produce the manual as soon as
2 | possible, and in no event later than August 27, 2014.
3 |     Dated this 20th day of August, 2014.

                                 BENJAMIN H. SETTLE
                                 United States District Judge